BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JEROME MAYER-CANTÚ (CABN 291623)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7301
Facsimile: (415) 436-7027
jerome.mayer-cantu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 16-0002 WHA |
|---|---|---|
| Plaintiff, | ) | ~~PROPOSED~~ ORDER EXCLUDING TIME |
| v. | ) | FROM MARCH 15, 2016 TO APRIL 5, 2016 |
| JAMES PERKINS et al., | ) | |
| Defendants. | ) | |

  The defendant, Timothy Jeffrey, represented by Dena M. Young, and the government, represented by Assistant United States Attorney Jerome Mayer-Cantú, appeared before the Court on March 15, 2016, at 2:00 p.m., for a status conference. Upon the request of the parties, the Court set a further status conference in this matter for April 5, 2016, at 2:00 p.m. The defendant requested that time be excluded under the Speedy Trial Act between March 15, 2016, and April 5, 2016, for effective preparation of counsel. The government did not object to this request.

  Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between March 15, 2016, and April 5, 2016, would unreasonably deny

~~PROPOSED~~ ORDER EXCLUDING TIME

1 counsel the reasonable time necessary for effective preparation, taking into account the exercise of due
2 diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by
3 excluding the time between March 15, 2016, and April 5, 2016, from computation under the Speedy
4 Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS
5 HEREBY ORDERED that the time between March 15, 2016, and April 5, 2016, shall be excluded from
6 computation under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: March 21, 2016.

_____
WILLIAM ALSUP
United States District Judge

~~PROPOSED~~ ORDER EXCLUDING TIME

2