Law Offices of
DENA MARIE YOUNG (CSB #215344)
2751 4th Street, PMB #136
Santa Rosa, CA 95405
Telephone: (707) 528-9479
Facsimile: (707) 692-5314
Email: dmyounglaw@gmail.com

Attorney for Defendant
TIMOTHY JEFFREY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case Nos. 3:16-cr-00002-WHA |
|---|---|
| Plaintiff, | |
| v. | |
| TIMOTHY JEFFREY, | **MOTION AND [PROPOSED] ORDER PERMITTING COUNSEL TO BRING LAPTOP INTO SANTA RITA JAIL** |
| Defendant. | |

    Defendant, TIMOTHY JEFFREY (PFN ULV371), is currently in custody at Santa Rita Jail. To facilitate effective and efficient attorney-client meetings, including the review of relevant case information, counsel requires the use of a laptop during meetings with the client at the jail. Accordingly, counsel requests that the Court issue an order permitting counsel to bring a computer, laptop, or tablet into Santa Rita Jail for use during visitation for case purposes only.

    Counsel has contacted AUSA Aseem Padukone, who has indicated that he has no objection to this request.

                                                Respectfully Submitted,

Dated: May 22, 2024                           /s /
                                                    DENA MARIE YOUNG

                                                    Attorney for Defendant
                                                   TIMOTHY JEFFREY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY JEFFREY,<br><br>    Defendant. | Case Nos. 3:16-cr-00002-WHA<br><br>**MOTION AND [PROPOSED] ORDER PERMITTING COUNSEL TO BRING LAPTOP INTO SANTA RITA JAIL** |

**[PROPOSED] ORDER**

**TO: YESENIA SANCHEZ, SHERIFF OF ALAMEDA COUNTY, AND TO THE ALAMEDA COUNTY SHERIFF'S OFFICE AT SANTA RITA JAIL:**

The Court orders that Dena Marie Young, counsel for defendant, TIMOTHY JEFFREY (PFN ULV371), be permitted to bring in and use a computer, laptop, or tablet into Santa Rita Jail during legal visits. Such use is limited to case-related activities. Electronic devices brought into Santa Rita Jail are for the sole purpose of reviewing discovery and legal materials that relate to the criminal case. Counsel shall not access, or attempt to access, the internet or any form of wireless communication (including, but not limited to, WI-FI, LTE, 4G, etc.) with the device while in the jail. Alameda County Sheriff's Office staff may inspect the device for the limited purpose of, and only to the extent necessary for, ensuring that wireless communication is disabled.

IT IS SO ORDERED.

_____   _____
Date                                                                       HON. WILLIAM ALSUP
                                                                                Senior United States District Judge